AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 15, 2024**

SEAN F. McAVOY, CLERK

SPENCER GARDNER,

    *Plaintiff*

v.

THE CITY OF SPOKANE, SPOKANE POLICE DEPARTMENT, UNKNOWN OFFICER, UNKNOWN MEDICAL PROFESSIONAL, and UNKNOWN HOSPITAL COMPANY dba DEACONESS HOSPITAL,

    *Defendant*

Civil Action No. 2:24-CV-00008-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Mary K. Dimke

Date: May 15, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
    *(By) Deputy Clerk*

Nicole Cruz